**DEPARTMENT OF LABOR & INDUSTRY BUREAU OF WORKERS' COMPENSATION, Petitioner**

v.

**WORKERS' COMPENSATION APPEAL BOARD (CRAWFORD & COMPANY), Respondent.**

Supreme Court of Pennsylvania.

Dec. 17, 2009.

## *ORDER*

PER CURIAM.

**AND NOW,** this 17th day of December, 2009, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, as stated by petitioner, is:

Whether the Supersedeas Fund may deny reimbursement of medical treatment rendered before an insurer requested supersedeas, where the Workers' Compensation Act only permits reimbursement of amounts paid as a result of a denial of supersedeas?